# UNITED STATES DISTRICT COURT

## District of Minnesota

Alex Patricio Guaman Tucto,

Petitioner(s),

v.

Todd Blanche, U.S. Department of Homeland Security, Todd M. Lyons, David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1892 JRT/DJF

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Order(8) on the Petitioner's Writ of Habeas Corpus (1) has been satisfied. This matter is now closed.

Date: 4/21/2026

KATE M. FOGARTY, CLERK